Abbas Kazerounian (SBN 249203)
ak@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Tel: (800) 400-6806 / Fax: (800) 520-5523

C. Richard Newsome, admitted *pro hac vice*
newsome@newsomelaw.com
William C. Ourand, Jr., admitted *pro hac vice*
ourand@newsomelaw.com
NEWSOME MELTON, PA
201 S. Orange Ave., Suite 1500
Orlando, FL 32801
Tel: (407) 648-5977

William F. Cash, III, *pro hac vice* to be filed
bcash@levin.com
LEVIN PAPANTONIO RAFFERTY
316 S. Baylen Street
Pensacola, Florida 32502
Tel: (850) 435-7059

Attorneys for Plaintiffs
TINISHA MILLER and ROBIN MCCOY

Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINISHA MILLER and ROBIN MCCOY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:21-cv-01029-WHO<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINES AND CASE MANAGEMENT CONFERENCE IN LIGHT OF AMENDED PLEADING** |

1

Pursuant to Civil Local Rule 6-2 Plaintiffs Tinisha Miller and Robin McCoy ("Plaintiffs") and Defendant Nissan North America, Inc. ("Nissan") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the parties have conferred concerning Nissan's anticipated response to the complaint, and its potential challenges;

WHEREAS, without waiving any claims, defenses, or arguments, Plaintiffs intend to file an Amended Complaint;

WHEREAS, without any waiver of substantive claims, arguments, or defenses by either Plaintiffs or Nissan, both Parties believe allowing Plaintiffs to amend their Complaint in response to Nissan's concerns could save time and resources, and limit the scope of potential motion practice;

WHEREAS, Parties are also separately conferring on a potential motion to compel arbitration, and are working together to secure and analyze the relevant agreements for further conferrals. Parties agree that, should Nissan move to compel arbitration, parties would confer on a reasonable briefing schedule to allow Plaintiffs at least sixty (60) days for their opposition brief, and Nissan at least thirty (30) days for its reply.

WHEREAS, to allow Parties additional time to assess and discuss the amended complaint and discuss the issues in this case, Parties also respectfully request that this Court continue the Case Management Conference presently scheduled for May 18, 2021 at 2:00 p.m. in Courtroom 2 to August 18, 2021, in the same department of this Court, or on the next date available for this Court.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and between the Parties, through their respective counsel,

- Plaintiffs shall file their Amended Complaint on or before May 13, 2021.
- Nissan shall file its Motion to Dismiss the Amended Complaint on or before June 18, 2021.

1" = "1" "4829-7662-0775 v1" "" 4829-7662-0775 v1

- Plaintiffs shall have until July 16, 2021 for their opposition to Nissan's Motion to Dismiss.
- Nissan would have until July 31, 2021 for its reply brief.
- The hearing on Nissan's motion to dismiss shall be on August 18, 2021.
- The Initial Case Management Conference in this case is continued from May 18, 2021 to August 18, 2021.

Dated:  April 27, 2021　　　　　　　　　　　　KAZEROUNI LAW GROUP, APC

　　　　　　　　　　　　　　　　　　　　　　By: *Abbas Kazerounian*
　　　　　　　　　　　　　　　　　　　　　　　　Abbas Kazerounian

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　TINISHA MILLER and ROBIN MCCOY

Dated:  April 27, 2021　　　　　　　　　　　　SHOOK HARDY & BACON L.L.P.

　　　　　　　　　　　　　　　　　　　　　　By: *Amir Nassihi*
　　　　　　　　　　　　　　　　　　　　　　　　Amir Nassihi

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　NISSAN NORTH AMERICA, INC.

IT IS SO ORDERED.

Dated: April 27, 2021　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM H. ORRICK

1" = "1" "4829-7662-0775 v1" "" 4829-7662-0775 v1

**SIGNATURE ATTESTATION**

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I, Amir Nassihi, attest that I have obtained authorization from the above signatories to file the above-referenced document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: April 27, 2021         */s/ Amir Nassihi*
                                 Amir Nassihi

1" = "1" "4829-7662-0775 v1" "" 4829-7662-0775 v1