UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINISHA MILLER, et al.,

           Plaintiffs,

    v.

NISSAN NORTH AMERICA, INC.,

           Defendant.

Case No. 21-cv-01029-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 39

      Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: October 13, 2021

_____

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California