## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINISHA MILLER and ROBIN MCCOY, individually and on behalf of those similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>              Defendant. | Case No. 3:21-cv-01029-WHO |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Tinisha Miller and Robin McCoy and Defendant Nissan North America, Inc., through their respective counsel, that all claims asserted in the Class Action Complaint are hereby dismissed with prejudice and without costs.

Dated: January 6, 2022         KAZEROUNI LAW GROUP, APC

                              By:  */s/ Abbas Kazerounian*
                                   Abbas Kazerounian
                                   245 Fischer Ave., Suite D1
                                   Costa Mesa, California 92626
                                   Telephone: (800) 400-6808
                                   Facsimile: (800) 520-5523

                              Attorneys for Plaintiffs
                              TINISHA MILLER and ROBIN MCCOY

Dated: January 6, 2022         SHOOK HARDY & BACON L.L.P.

                              By:  */s/ Amir Nassihi*
                                   Amir Nassihi
                                   555 Mission Street, Suite 2300
                                   San Francisco, CA 94105
                                   Phone: (415) 544-1900
                                   Fax: (415) 391-0281

2

>	Attorneys for Defendant
>	NISSAN NORTH AMERICA, INC.

## SIGNATURE ATTESTATION

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I, Abbas Kazerounian, attest that I have obtained authorization from the above signatories to file the above-referenced document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 6, 2022   */s/ Abbas Kazerounian*
                         Abbas Kazerounian

IT IS SO ORDERED.

Dated: January 6, 2022   _____
                         HONORABLE WILLIAM H. ORRICK